# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vernon Henry | ) | Case No. 17-16772 |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Timothy Barnes |

## NOTICE OF OBJECTION TO CLAIM

TO:

Marilyn O Marshall, Trustee  (via electronic notice)

United States Trustee (via electronic notice)

Vernon Henry, 4541 W. 175th Place, Country Club Hills, IL 60478

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101

D. Patrick Mullarkey, Tax Division (DOJ), PO Box 55, Ben Franklin Station, Washington, DC 20044

United States Attorney, Civil Process Clerk, 219 S. Dearborn St., Room 500, Chicago, IL 60604

PLEASE TAKE NOTICE that on December 7, 2017 at 9:30am or soon thereafter I shall be heard, I shall appear before the Honorable Judge Timothy Barnes, at 219 S Dearborn, Courtroom 744, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired.

/s/   Samantha V. Jaime
Samantha V. Jaime
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 105 W. Madison St., Chicago, IL 60604, on November 6, 2017 before 3:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/   Samantha V. Jaime
Samantha V. Jaime

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vernon Henry | ) | Case No. 17-16772 |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Timothy Barnes |

**OBJECTION TO CLAIM #2 OF THE INTERNAL REVENUE SERVICE**

NOW COMES debtor(s), by and through counsel, on Objection to Claim #2 of the Internal Revenue Service pursuant to 11 U.S.C. § 502, states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on May 31, 2017.

4. The plan has not yet been confirmed by this court.

5. On June 6, 2017, the Internal Revenue Service, hereinafter "creditor", filed a Proof of Claim, Claim #2, in the amount of $4,367.72 which includes $1,968.00 in general unsecured claims for tax year 2012 marked as "not filed" and $2,399.72 in general unsecured claims for tax year 2013 marked as "unassessed – no return.". A copy of the Proof of Claim is attached hereto as Exhibit A.

6. Claim #2 of creditor should be disallowed in part because the debtor's 2012 and 2013 tax return, a copy of which is attached hereto as Exhibit A and Exhibit B, shows $1,971.00 for 2012 due and $494.00 for 2013 due.

WHEREFORE, debtor(s) requests that the court enter an order allowing the claim of the Internal Revenue Service, Claim #2, in the amount of $2,465.00 and for such further relief as this court deems just and proper.

/s/ Samantha V. Jaime
Samantha V. Jaime
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Vernon Henry<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  17-16772<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

**ORDER DISALLOWING CLAIM #2 OF THE INTERNAL REVENUE SERVICE IN PART**

This cause coming on the debtor's Objection to Claim #2 of the Internal Revenue Service pursuant to 11 U.S.C. § 502, all parties having been given notice thereof, and the court being fully apprised, IT IS ORDERED BY THE COURT that Claim #2 of the Internal Revenue Service is hereby allowed in the amount of $2,465.00.

Enter:

Dated:                                               United States Bankruptcy Judge

**Prepared by:**
Samantha V. Jaime
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

Rev: 20170105_bko